1
2
3
4
5
6
7

8                        UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10
     BEDAVAILABILITY.COM,              )   Civil No.06CV2401-LAB(LSP)
11                                     )
                    Plaintiff,         )
12                                     )   NOTICE AND ORDER FOR EARLY
     v.                                )   NEUTRAL EVALUATION CONFERENCE
13                                     )
     A BED AVAILABLE, LLC, et al.      )
14                                     )
                    Defendants.        )
15   ──────────────────────────────────)

16       IT IS HEREBY ORDERED that an Early Neutral Evaluation of your

17   case will be held on April 16, 2007, at 8:30 a.m. before United

18   States Magistrate Judge Leo S. Papas, United States Courthouse,

19   Courtroom G, First Floor, 940 Front Street, San Diego, California.

20   The ENE Conference will be held telephonically with counsel.  The

21   Court will initiate the conference call.  Prior to the ENE, counsel

22   shall provide the Court's chambers with contact information for all

23   conference call participants.

24       All conference discussions will be informal, off the record,

25   privileged and confidential.

26       The parties may submit a short Confidential Early Neutral

27   Evaluation Conference Statement prior to the conference.  The

28   parties are also encouraged to lodge with Magistrate Judge Papas'

                                       1

1  chambers a chronology, setting forth a timeline of the factual
2  events that are the basis for the claims and defenses asserted in
3  this litigation. If submitted, the chronology should be in a chart
4  or column format with the column headings "DATE" and "EVENT" and may
5  be annotated with documents significant to the facts or issues.
6  　　　　In the event the case does not settle at the Early Neutral
7  Evaluation Conference, the parties shall also be prepared to discuss
8  the following matters at the conclusion of the conference.
9  　　　　1.   Any anticipated objections under Federal Rule of Civil
10 Procedure 26(a)(1)(E) to the initial disclosure provisions of
11 Federal Rule of Civil Procedure 26(a)(1)(A-D);
12 　　　　2.   The scheduling of the Federal Rule of Civil Procedure
13 26(f) conference;
14 　　　　3.   The date of initial disclosure and the date for lodging
15 the discovery plan following the Rule 26(f) conference; and,
16 　　　　4.   The scheduling of a Case Management Conference pursuant
17 to Federal Rule of Civil Procedure 16(b).
18 　　　　The Court will issue an appropriate order addressing these
19 issues and setting dates as appropriate.
20 　　　　**Plaintiff's counsel shall notify all Defendants of the date**
21 **and time of the Early Neutral Evaluation Conference**. Questions
22 regarding this case may be directed to the Magistrate Judge's
23 research attorney at (619) 557-6384.
24 DATED: February 23, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Leo S. Papas
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge