# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEDAVAILABILITY.COM, a California corporation,<br><br>                                Plaintiff,<br>  vs.<br>A BED AVAILABLE, LLC, a Washington limited liability corporation, JIM PAFFILE,<br><br>                              Defendants. | CASE NO. 06cv2401-LAB (LSP)<br><br>**ORDER OF DISMISSAL** |

On April 17, 2007, the parties filed a joint motion to dismiss, noting that they had reached a settlement agreement. The parties stipulated that the Magistrate Judge shall retain jurisdiction over all disputes arising out of the settlement agreement. Therefore, this action is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

DATED: April 19, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge